**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DESIREE AILEEN WALL,

    Plaintiff,

v.                                                          Case No: 8:11-cv-1214-T-30TBM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

**ORDER**

THIS CAUSE comes before the Court upon the Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act (Dkt. #22). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.  Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act (Dkt. #22) is GRANTED.

2.  Attorney fees in the amount of $2,170.00 are hereby awarded to Plaintiff and against Defendant.

3.  The Clerk shall enter judgment accordingly.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of July, 2012.

                                                        JAMES S. MOODY, JR.
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2011\11-cv-1214 atty fees 22.docx